UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK CROWL, et al.,<br><br>      Plaintiff(s),<br><br>    v.<br><br>CLEARVIEW AI, INC., et al.,<br><br>      Defendant(s). | 23-CV-7021 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The initial pretrial conference scheduled for December 19, 2023, at 1:30 p.m. EST is ADJOURNED *sine die*. The civil case management plan and scheduling order will be adopted in a separate order.

SO ORDERED.

Dated: December 13, 2023
   New York, New York

                   DALE E. HO
                 United States District Judge